UNITED STATES DISTRICT COURT        western district of michigan

**FILED - GR**
July 27, 2026 2:58 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:ARR   SCANNED BY: AR  / 7.28

Nancy Powers

Case No.

Against          Complaint

1:26-cv-2177
Jane M. Beckering
U.S. District Judge
Ray Kent
Magistrate Judge

Joseph W. Belluck, Taa Grays, Fernando M. Camacho, Stefano Cambareri,

Brian C. Doyle,

John A. Falk, Robin Chappelle Golston, Nina M. Moore, Peter H. Moulton,

Marvin Ray Raskin,

Brian Gotlieb

Brain Gotlieb connected with certain high-ranking, aiming to replace the chief.

An intervention is in need.

Nancy Powers

Nancy Powers
144 Statehouse Plaza, Little Rock,
AR 72280

DV DANIELS NJ   070

23 JUL 2026   PM 3   L



UNITED STATES
OF AMERICA
FOREVER/USA

U.S. District Court Clerk's Office
110 Michigan St NW
Grand Rapids MI 49503

49503-236399